IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **ALLEN LEE GODFREY, SR.,** | CASE NO. 7:13CV00454 |
| **Plaintiff,** | |
| v. | **ORDER** |
| **OFFICER D. R. FAULKNER,** *et al.*, | By: Norman K. Moon |
| | United States District Judge |
| **Defendants.** | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. The motion to dismiss by Chief Chris Perkins (Docket No. 52) is **GRANTED**; and

2. Plaintiff's pending motions seeking to reinstate or add claims against former Chief Gaskins, the Roanoke City Police Department, and the City of Roanoke (Docket Nos. 86 & 103) are **DENIED**.

ENTER: This 22nd day of January, 2015.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE