IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| ALLEN LEE GODFREY, | ) | CASE NO. 7:13CV00454 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| OFFICER D. R. FAULKNER, *ET AL.*, | ) | By: Norman K. Moon |
| | ) | United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motions in this closed case (docket nos. 239, 240 and 243) are **DENIED** as without merit; and defendants' motion to dismiss (docket no. 242) is **DISMISSED** as moot.

**ENTER**: This 29th day of June, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE